RECEIVED
IN MONROE, LA
AUG 2 6 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TSHERING LAMA | CIVIL ACTION NO. 05-0595 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALBERTO GONZALES, ET AL | MAG. JUDGE JAMES D. KIRK |

## RULING

On April 4, 2005, Petitioner Tshering Lama, acting *pro se*, filed this habeas corpus petition pursuant to 28 U.S.C. § 2254. On July 8, 2005, Magistrate Judge James D. Kirk issued a report recommending that Lama's Complaint be dismissed as moot. A copy of this Report and Recommendation was forwarded to Lama at the Oakdale Detention Center, his last known place of confinement. The Report and Recommendation was returned to the Clerk of Court on July 14 2005, marked "deported."

Local Rule 41.3W, in pertinent part, provides:

> The failure of an attorney or *pro se* litigant to keep the Court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the Court for the reason of an incorrect address and no correction is made to the address for a period of 30 days.

In the present case, the Magistrate Judge's Report and Recommendation was returned to the Clerk of Court as undeliverable on July 14, 2005. As of August 26, 2005, Lama has still failed to advise the Court of his new address. Thus, the thirty day period within which Lama was required to notify the Court of his new address has expired.

Therefore, Lama's habeas petition is DISMISSED WITHOUT PREJUDICE for failure to

prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3W.

MONROE, LOUISIANA, this 26 day of August, 2005.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE